IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LELA KYLE, ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| JAMES K. BRANNON, M.D., ) | |
|         Defendant. ) | |

## COMPLAINT

COMES NOW the Plaintiff and for her cause of action against Defendant alleges and states as follows:

1. That Plaintiff is a resident of Kansas City, Jackson County, Missouri.

2. That Defendant is a resident of Leawood, Johnson County, Kansas.

3. That the events relevant to the claim made by Plaintiff occurred in Johnson County, Kansas.

4. That the Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1).

5. That venue is proper in this Court pursuant to 28 U.S.C. §1391(a)(1).

6. That Plaintiff at all times relevant herein was a patient of Defendant.

7. That Plaintiff was diagnosed and treated by Defendant for complaints of right knee and left hip.

8. That Defendant ordered MRI examinations of Plaintiff's right knee and left hip.

9. That the radiologists' reports advised Defendant that Plaintiff did not have avascular necrosis in either her right knee or left hip.

10. That despite the radiologists' report, Defendant told Plaintiff that she had avascular necrosis in her right knee and left hip and advised Plaintiff that she needed surgery to treat these conditions.

11. That on or about July 5, 2012, Defendant performed surgery on Plaintiff's right knee.

12. That or on about March 13, 2013, Defendant performed surgery on Plaintiff's left hip.

13. That the surgeries performed by Defendant on Plaintiff's right knee and left hip were not appropriate for her medical condition at the time of the surgeries.

14. That Defendant deviated from the appropriate medical standard of care for an orthopedic surgeon when he performed surgeries on Plaintiff's right knee and left hip to allegedly treat avascular necrosis.

15. That as a direct and proximate result of the negligence of Defendant regarding his treatment of Plaintiff, she has sustained severe, permanent and disabling injuries; and has incurred and will continue to incur medical expenses.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount in excess of $75,000.00, for her costs, and for such other and further relief as the Court may deem just, fair and equitable.

Respectfully Submitted,

**BEAM-WARD, KRUSE, WILSON,
& FLETES, LLC**

 /s/   Mark Beam-Ward
MARK BEAM-WARD, KS #10071
8695 College Boulevard, Suite 200
Overland Park, Kansas 66210
mbeamward@bkwflaw.com
(913) 339-6888     (913) 339-9653 (Fax)
ATTORNEY FOR PLAINTIFF