IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LELA KYLE,                               )
        Plaintiff,                    )
                                         )
vs.                                      ) Case No. 2:14-cv-02316-RDR-KGS
                                         )
JAMES K BRANNON, M.D.,                   )
        Defendant.                    )

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff and notifies the Court that she is dismissing her Petition pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(i).

**BEAM-WARD, KRUSE, WILSON & FLETES, LLC**

/s/ Mark Beam-Ward
MARK BEAM-WARD, KS #10071
8695 College Blvd., Suite 200
Overland Park, Kansas 66210
(913) 339-6888
(913) 339-9653 FAX
Email: mbeamward@bkwflaw.com
**ATTORNEY FOR PLAINTIFF**